FORESTER THE FLORIST, INC. *vs.* FOURTH DISTRICT COURT OF EASTERN MIDDLESEX. October 29, 1969. Prior to the issuance of an execution on an action brought against him, a debtor paid directly to the creditor the amount of his debt which was accepted by the creditor as full payment. This appeal from the dismissal of a petition for a writ of certiorari directed to the determination of costs is utterly without merit.

*Order for judgment affirmed.*

*Herbert Lord* for the petitioner.

MARGARET V. DILLON *vs.* JOHN W. MALLOY, JR. & another. October 29, 1969. In essence, the plaintiff's bill alleged that the defendants operated an oil business which constituted a nuisance and was in contravention of the zoning ordinance of Fall River. The judge found that the defendants were entitled to utilize their premises as they were doing and that there was no unreasonable interference "with the rights of the . . . [plaintiff] to the enjoyment of her habitation, or in violation of law." A review of the evidence which is before us demonstrates no error. *Ted's Master Serv. Inc.* v. *Farina Bros. Co. Inc.* 343 Mass. 307, 312.

*Decree affirmed with costs.*

The case was submitted on briefs.
*Joseph Lipsitt* for the plaintiff.
*Charles I. Tucker* for the defendants.